**Thomas E. Beck, Esq.** (SBN 81557)
THE BECK LAW FIRM
10377 Los Alamitos Boulevard
Los Angeles, California 90720
Telephone No. (562) 795-5835
Facsimile No. (562) 795-5821
Email: becklaw@earthlink.net

Attorneys for Plaintiff Joseph D. Muskett, Jr.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. MUSKETT, JR., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOMPOC, OFFICER DAVID LAMAR, individually and as a peace officer, DOES 1-10, <br><br> Defendants. | Case No. CV13-06850 CAS (VBKx) <br><br> [The Honorable Christina A. Snyder] <br><br> **[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and among the parties hereto, by and Pursuant to the agreement of the parties to this action as evidenced by their Stipulated Dismissal filed concurrently herewith,

**IT IS HEREBY ORDERED** that the entire above-entitled action be dismissed with prejudice.

DATED: March 16, 2015

_____
Honorable Christina A. Snyder
Judge, United States District Court

1